John F. Lomax (#20224)
Samantha E. Cote
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jlomax@swlaw.com
        scote@swlaw.com
Attorneys for Defendant Mayo Clinic

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dr. Shina R. Zehnder, M.D., a married woman,<br><br>    Plaintiff,<br><br>v.<br><br>Mayo Clinic, a foreign nonprofit corporation dba Mayo Clinic School of Graduate Medical Education,<br><br>    Defendant. | No. 2:23-cv-00355-DJH<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SECOND REQUESTS FOR PRODUCTION AND INTERROGATORIES TO PLAINTIFF** |

Defendant, by and through undersigned counsel, hereby gives notice that it served its Second Request for Production and Second Set of Interrogatories to Plaintiff via hand-delivery on May 31, 2023.

1 | DATED May 31, 2023

2 | SNELL & WILMER L.L.P.

4 | By: *s/ John F. Lomax*
John F. Lomax
Samantha E. Cote
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Attorneys for Defendant Mayo Clinic

4864-9067-7351

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
602.382.6000