# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shina R Zehnder, | NO. CV-23-00355-PHX-DJH |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Mayo Clinic, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 30, 2024, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

September 30, 2024

By   s/ Rebecca Kobza
     Deputy Clerk