Lindsay G. Leavitt (Bar No. 029110)
lindsay.leavitt@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016
Telephone:   (602) 530-8000
*Attorneys for Plaintiff Dr. Shina Zehnder, M.D.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Dr. Shina R. Zehnder, M.D., a married woman,<br><br>Plaintiff,<br><br>v.<br><br>Mayo Clinic Arizona, a domestic nonprofit corporation,<br><br>Defendant. | No. 2:23-cv-00355-DJH<br><br>**NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED** |

Pursuant to *Federal Rules of Appellate Procedure 10(b)*, Plaintiff Dr. Shina R. Zehnder, M.D. hereby files this Notice in the District Court confirming that no transcripts will be ordered for this appeal.

RESPECTFULLY SUBMITTED this 25th day of August, 2025.

            GALLAGHER & KENNEDY, P.A.


            By: */s/Lindsay G. Leavitt*
               Lindsay G. Leavitt
               2575 East Camelback Road
               Phoenix, Arizona 85016
               *Attorneys for Plaintiff Dr. Shina Zehnder, M.D.*

10515740v1/41812-0001

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016

<u>CERTIFICATE OF SERVICE</u>:

  I certify that on August 25, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System and a copy was also electronically served to the following CM/ECF participant(s):

John F. Lomax
Owen Toepfer
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, AZ  85004-2556
*Attorneys for Defendant*
jlomax@swlaw.com
toepfer@swlaw.com
cpaulsen@swlaw.com
lboone@swlaw.com

By: *Rebecca C. Lewis*
   Rebecca C. Lewis

2

10515740v1/41812-0001